UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

Plaintiff,

v.

GENA JONES, et al.,

Defendants.

1:26-cv-06848-EGC (PC)

**ORDER RESOLVING PLAINTIFF'S MOTION FILED SEPTEMBER 17, 2026**

(Doc. 7)

**ORDER DIRECTING CLERK OF THE COURT TO RE-SERVE PRISONER NEW CASE DOCUMENTS VIA U.S. MAIL**

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

## I. RELEVANT BACKGROUND

The Court issued new case documents on August 28, 2026. (Doc. 2.) Included are the First Informational Order in Prisoner/Civil Detainee Case, a blank Proof of Service form, a blank Notice of Change of Address form, and documents concerning magistrate judge jurisdiction. (*Id.*)

On September 17, 2026, Plaintiff filed a document titled "Plaintiff's Motion for Extension of Time and Request for Re-Service and Delivery of Complete Case-Opening Documents." (Doc. 7.)

## II. DISCUSSION

Briefly stated,[1] Plaintiff seeks an extension of time within which to return the Consent /

[1] The Court disregards Plaintiff's reference to actions taken in another matter pending before a different magistrate judge. Actions or inactions taken in other matters are not relevant to this action.

Decline of U.S. Magistrate Judge Jurisdiction form. He states the new case documents presented to him by prison staff following electronic service were incomplete. He asks that the new case documents be re-served and that "the Court direct designated CSP-COR staff to retrieve, print, and promptly deliver the complete replacement transmission …."

The Court will direct the Clerk of the Court to re-serve the new case documents issued August 28, 2026 by U.S. mail. Plaintiff will be directed to file the Consent / Decline of U.S. Magistrate Judge Jurisdiction form within 30 days of the date of re-service by mail.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** as follows:

1. Plaintiff's motion filed September 17, 2026 (Doc. 7) is **RESOLVED**;
2. The Clerk of the Court is **DIRECTED** to re-serve Plaintiff with the new case documents, originally issued August 28, 2026 (Doc. 2), **via U.S. Mail**; and
3. Plaintiff **SHALL** submit a completed and signed Consent / Decline of U.S. Magistrate Judge Jurisdiction form **within 30 days** of the date of service of this order.

**Plaintiff is advised that a failure to timely comply with this Order will result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated: **September 27, 2026**

UNITED STATES MAGISTRATE JUDGE