Name: **JAMIE OSUNA**

CDC No: **BD0868**

Address: **CSP-Corcoran, P.O. Box 8800**

**Corcoran, CA 93212**

FILED

SEP 24 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JAMIE OSUNA**

Plaintiff/Petitioner,

v.

**GENA JONES, et al.**

Defendants/Respondent.
/

CASE NUMBER:
**1:26-cv-06848-EGC (PC)**

APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER

I, **JAMIE OSUNA**, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? **X** Yes __ No (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. **California State Prison, Corcoran (CDCR)**

2. Are you currently employed (includes prison employment)? __ Yes **X** No

   a. If the answer is "yes" state the amount of your pay. **N/A**

3. Have you received any money from the following sources over the last twelve months?

| | | | |
|---|---|---|---|
| a. | Business, profession, or other self-employment: | __ Yes | **X** No |
| b. | Rent payments, interest or dividends: | __ Yes | **X** No |
| c. | Pensions, annuities or life insurance payments: | __ Yes | **X** No |
| d. | Disability or workers compensation payments: | __ Yes | **X** No |
| e. | Re Gifts or inheritances: | __ Yes | **X** No |
| f. | Any other sources: | **X** Yes | __ No |

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

**3(f). Known deposits: $1.42 on Jan. 21, 2026; $50.00 in GTL deposits from Feb. 20 through Mar. 8, 2026. Applicant requested a certified trust statement, but CDCR has not provided it. His current balance is unknown. Applicant requests that the Court obtain the certified six-month trust statement from CDCR. The statement's upper-left 'Current Available Balance' is the available amount as of the statement's date.**

4. Do you have cash (includes balance of checking or savings accounts)? X Yes __No

If "yes" state the total amount: **$0.00 as of 07/30/2026; current balance unknown. See p. 1.**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? __ Yes X No

If "yes" describe the property and state its value: ______________________

6. Do you have any other assets? __ Yes X No

If "yes," list the asset(s) and state the value of each asset listed: ______________________

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

**None.**

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

**09/23/2026** — DATE

p.p. [signature] — SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants): BD0868**

***CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY***

**CERTIFICATE**

(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_________ on account to his/her credit at ________________________ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $___________. I further certify that during the past six months the average monthly deposits to the applicants account was $________.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

DATE ______________

SIGNATURE OF AUTHORIZED OFFICER ______________________